83,212-01

Dear, mr. Abel                                    May 4, 2015

   I'm sending you a copy of my sentence
& judment so that you may see there's
no Affirmative finding of a weapon (NA)
note. please Tell me the status of my
case. Will you send me a copy back for
my Record. Thank you

Damion Hollins                    TDCJ # 1874970

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk



# BARBARA GLADDEN ADAMICK
## District Clerk of Montgomery County, Texas

### Criminal Division
P.O.Box 2985
Conroe, Texas 77305

936-539-7940                                                        936-539-7855
936-539-8198

DATE: AUGUST 20, 2013

Defendant:  HOLLINS,DAMIEN LATERELL
ID NO   :  469674
Address :  MCSO   B-08
        :  1 CRIMINAL JUSTICE DR
        :  CONROE   TX    77301

CAUSE NO. 12-0S-08288-CR

Dear Defendant,

Please be advised, our office has received and filed your Letters
and/or Motions.   Our office will notify you when the order is
signed.

Thank you,

By: _Susie Herman_____
     Susie Herman, Deputy Clerk

cc:  District Attorney

Attorney:   BRIAN C BURNS
            318 N MAIN ST
            CONROE, TX 77301

DA#:122937.1

RECEIVED AND FILED
At ____ O'Clock ____ M.
JUL 18 2013
BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By____ Deputy

CASE NO. 12-08-08288 -CR
INCIDENT NO./TRN: 9151349833

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 435TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| DAMIEN LATERELL HOLLINS | § | MONTGOMERY COUNTY, TEXAS |
| | § | |

STATE ID NO.: TX07201666

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. Mike Seiler | Date Judgment Entered: | JULY 18, 2013 |
| Attorney for State: | Blake Enax | Attorney for Defendant: | Scott Pawgan |

Offense for which Defendant Convicted:
**AGGRAVATED ROBBERY**

| | |
|---|---|
| Charging Instrument: | Statute for Offense: |
| **Indictment** | **29.03(a)(2)** |

Date of Offense:
**June 17, 2012**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **Fel. 1** | **Guilty** | **N/A** |

Terms of Plea Bargain:
**15 years confinement in the Texas Department of Criminal Justice, Institutional Division; $0.00 Fine**

| | |
|---|---|
| Plea to Enhancement Paragraphs: | **TRUE** |
| Findings on Enhancement Paragraphs: | **TRUE** |

| Date Sentence Imposed: | JULY 18, 2013 | Date Sentence to Commence: | JULY 18, 2013 |
|---|---|---|---|

| | |
|---|---|
| Punishment and Place of Confinement: | **15 years confinement in the Texas Department of Criminal Justice, Institutional Division** |

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Atty. Fees | Restitution: | Restitution Payable to: |
|---|---|---|---|---|
| **$ 0.00** | **$309.00** | **$555-06-07** | **$N/A** | **N/A** (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter total incarceration time. |
|---|---|
| | **TOTAL:350 DAYS** |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS    NOTES: N/A** |

Minute
Date: AUG 1 6 2013

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Montgomery County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options  (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Texas Department of Corrections, Institutional Division. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Montgomery County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above, including $2.00 fee for each payment made (pursuant to Article 102.072, T.C.C.P.).

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Montgomery County, Texas on the date the sentence is to commence. Defendant shall be confined in the Montgomery County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Montgomery County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above, including $2.00 fee for each payment made (pursuant to Article 102.072, T.C.C.P.).

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Montgomery County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

N/A

Signed and entered on __July 18__, 2013.

X _____
**JUDGE PRESIDING**

Clerk: _____

**Minute**
**Date:** _____

Right Thumbprint